ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAMJIT SINGH,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br>Defendants. | CASE NO. 2:26-CV-2200-DJC-JDP<br><br>~~[PROPOSED]~~ ORDER ON MOTION FOR ADMINISTRATIVE MOTION FOR EXTENSION OF TIME |

Upon consideration of Defendants' Administrative Motion for First Extension of Time the Court hereby rules as follows:

The new date for the defendants to file an answer or other dispositive pleading is October 30, 2026.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE